■ In the Matter of LANITA S., a Person Alleged to be a Juvenile Delinquent, Appellant. CORPORATION COUNSEL OF CITY OF NEW YORK, Respondent. [696 NYS2d 413] —In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from an order of disposition of the Family Court, Kings County (Hepner, J.), dated April 30, 1998, which, upon a fact-finding order of the same court, dated February 19, 1998, made after a hearing, finding that the appellant had committed acts which, if committed by an adult, would have constituted the crime of criminal trespass in the third degree, adjudged her to be a juvenile delinquent and placed her in the custody of the New York State Division for Youth for 12 months.

Ordered that the order of disposition is affirmed, without costs or disbursements.

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; Matter of Ayesha Shandeia McM., 255 AD2d 515). Bracken, J. P., Thompson, Goldstein, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BAB LIN YOU, Appellant. [694 NYS2d 760] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered January 28, 1997, convicting him of robbery in the first degree (two counts), robbery in the second degree, attempted robbery in the first degree (two counts), attempted robbery in the second degree, and unlawful imprisonment in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court did not improvidently exercise its discretion in summarily denying, without a hearing, the defendant's motion to set aside the verdict based on juror misconduct. The motion was supported only by hearsay allegations contained in an affidavit of defense counsel (see, People v Cervantes, 242 AD2d 730, 731).

The defendant's remaining contentions are unpreserved for appellate review, and we decline to review them in the exercise of our interest of justice jurisdiction. Altman, J. P., Krausman, H. Miller and Schmidt, JJ., concur.